KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

IOANA PETROU (CSBN 170834)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7189
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05 00608 SI |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 11, 2005 TO DECEMBER 9, 2005 |
| MINESH KRISHNADAS MEHTA, | ) |
| Defendant. | ) |

## STIPULATION

1. On November 14, 2005, the parties in the above-captioned case appeared before the Court for their first appearance in Federal District Court. At the hearing, defendant Minesh Mehta was represented by John Youngquist. The United States was represented by AUSA Ioana Petrou.

2. The next appearance will be on November 30, 2005, before Magistrate Judge Chen for the posting of a bond and an appearance by individual posting the bond. The parties were also ordered to appear before District Court Judge Susan Illston on December 9, 2005.

3. The parties stipulate and agree that time should be excluded from November 11, 2005 through and including December 9, 2005 pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The parties agree that this exclusion is appropriate in order to allow a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: Nov. 18, 2005

_____
JOHN YOUNGQUIST
Attorney for Minesh Mehta

DATED: 11/21/05

_____
IOANA PETROU
Assistant United States Attorney

ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendants in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court orders that the period from November 11, 2005 through and including December 9, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/21/05

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 11, 2005 TO DECEMBER 9, 2005**

in the case of <u>**UNITED STATES OF AMERICA v. MINESH KRISHNADAS MEHTA**</u>, No. **CR 05 00608 SI** to be served on the parties in this action, addressed as follows which are the last known addresses and fax numbers:

**John Youngquist, Esq.**
**650 California St., 25th Fl.**
**San Francisco, CA 94108**
**Facsimile: (415) 981-5027**

____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X___ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

November 22, 2005

TYLE L. DOERR
United States Attorney's Office