1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  IOANA PETROU (CSBN 170834)
   Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7189
        Facsimile: (415) 436-7234
8
9  Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

15 UNITED STATES OF AMERICA,        )
16                                  )  No. CR 05 00608 SI
                Plaintiff,          )
17                                  )
                                    )  STIPULATION AND [PROPOSED]
18      v.                          )  ORDER TO EXCLUDE TIME UNDER
                                    )  THE SPEEDY TRIAL ACT FROM
19                                  )  NOVEMBER 11, 2005 TO DECEMBER
   MINESH KRISHNADAS MEHTA,         )  9, 2005
20                                  )
                                    )
21                                  )
                                    )
22              Defendant.          )
   _____)
23

24

25

Summary of Pleading - 1

## STIPULATION

1. On November 14, 2005, the parties in the above-captioned case appeared before the Court for their first appearance in Federal District Court. At the hearing, defendant Minesh Mehta was represented by John Youngquist. The United States was represented by AUSA Ioana Petrou.

2. The next appearance will be on November 30, 2005, before Magistrate Judge Chen for the posting of a bond and an appearance by individual posting the bond. The parties were also ordered to appear before District Court Judge Susan Illston on December 9, 2005.

3. The parties stipulate and agree that time should be excluded from November 11, 2005 through and including December 9, 2005 pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The parties agree that this exclusion is appropriate in order to allow a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: Nov. 18, 2005

JOHN YOUNGQUIST
Attorney for Minesh Mehta

DATED: 11/31/05

IOANA PETROU
Assistant United States Attorney

ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendants in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court orders that the period from November 11, 2005 through and including December 9, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/21/05

UNITED STATES MAGISTRATE JUDGE