1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  IOANA PETROU (CSBN 170834)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-7189
   FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )   No. CR 05 00608 SI
                                    )
14         Plaintiff,                )
                                    )
15    v.                             )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO EXCLUDE TIME UNDER
16                                  )   THE SPEEDY TRIAL ACT FROM
   MINESH KRISHNADAS MEHTA,         )   DECEMBER 9, 2005 TO JUNE 5, 2006
17                                  )
                                    )
18         Defendant.                )
                                    )
19 ─────────────────────────────────

20                      STIPULATION

21     1.   On December 9, 2005, the parties in the above-captioned case appeared
22 before the Court for a trial setting conference. At the conference, defendant Minesh
23 Mehta was represented by John Youngquist and the United States was represented by
24 AUSA Ioana Petrou.
25     2.   At the December 9 conference, a trial date was set for June 6, 2006 and the
26 pretrial conference was set for May 16, 2006 at 3:30 p.m.
27     3.   The parties jointly requested that time be excluded from December 9, 2005
28 through and including June 5, 2006 from the Speedy Trial Act under 18 U.S.C. §§

ORDER
CR 05 00608-SI

1  3161(h)(8)(A) and (B)(ii). The parties agree that this exclusion is appropriate in order to
2  allow adequate preparation for trial, taking into account the exercise of due diligence,
3  given the complexity of the case and voluminous discovery.
4  SO STIPULATED.
5  DATED: 12/12/05
6                                           JOHN YOUNGQUIST
7                                           Attorney for Minesh Mehta
8  DATED: 12/12/05
9                                           IOANA PETROU
10                                          Assistant United States Attorney
11
12                                    **ORDER**
13    The Court finds that there is good cause for the extension of time described above,
14 and that the ends of justice served by granting this continuance outweigh the best interests
15 of the public and of the defendant in a speedy trial and the prompt disposition of criminal
16 cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the
17 continuance would deny defense counsel the time necessary for effective preparation
18 taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(ii).
19    Accordingly, and with the consent of the defendant, the Court orders that the
20 period from December 9, 2005 through and including June 6, 2006 be excluded from the
21 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(ii).
22
23 IT IS SO ORDERED.
24
25 DATED:_____
26
27
28

ORDER
CR 05 00608-SI



IT IS SO ORDERED
Judge Susan Illston

SUSAN ILLSTON
DISTRICT COURT JUDGE