# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 12 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00608-1 SI |
| ) | |
| Minesh Krishnadas Mehta ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _July 28, 2006_ be continued until _September 1, 2006_ at _11:00 a.m._ .

Date: 7/7/06

Susan Illston
United States District Judge

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 6, 2006

The Honorable Susan Illston
United States District Judge
San Francisco, California

**RE:** **United States v. Minesh Krishnadas Mehta**
**Docket No. CR 05-00608-01-SI**
**REQUEST FOR CONTINUANCE**

Your Honor:

The above named defendant is currently scheduled for Judgment and Sentencing on July 28, 2006 at 11:00 a.m. It is requested that the matter be continued to September 1, 2006 to give the probation officer more time to complete the presentence report. Defense attorney John Youngquist and AUSA Jay Weil were consulted and are in agreement with the continuance. If the Court concurs, an order for your signature is attached.

Thank you for your consideration in this matter.

Respectfully submitted,

Cheryl L. Simone
U.S. Probation Officer

cls