| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 3 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 4 | Chief, Tax Division<br>9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| 6 | Telephone: (415) 436-7017<br>Fax: (415) 436-6748 |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00608-SI |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| MINESH KRISHNADAS MEHTA, | ) | |
| Defendant. | ) | |

Upon application of the United States pursuant to paragraph 21 of the Plea Agreement, Counts Three through Fifteen of the Indictment are dismissed.

DATE: 9/7/06

_____
SUSAN ILLSTON
UNTIED STATES DISTRICT JUDGE

Order
CR-05-00608-SI                                                    1